IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA

VS.                              2:20-CR-00105-01-BRW

JAVIER MEZA

**ORDER**

Defendant's Motion to Appoint Counsel (Doc. No. 13) is DENIED.

Guideline Amendment 821 lowers Defendant's criminal history score from 12 to 11, but his criminal history category and guideline range remain the same.[1]

IT IS SO ORDERED this 13th day of May, 2024.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

1