IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA

VS.                                  2:20-CR-00105-01-BRW

JAVIER MEZA

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 17) is DENIED for the same reason set out in the May 13, 2024, order.[1]

IT IS SO ORDERED this 14th day of June, 2024.

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.